IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PATRICK ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>BURKBILE, et al.,<br><br>Defendants. | Cause No. CV 21-21-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

On February 16, 2021, Plaintiff Adams filed a complaint in Montana's Ninth Judicial District Court, Toole County. Adams, a self-represented state prisoner, alleged that various policies and practices governing publications and personal correspondence at Crossroads Correctional Center violate his First Amendment rights. *See* Case Register Report (Doc. 4) at 1; Compl. (Doc. 5) at 10–11.

On March 2, 2021, Defendants removed the case to this Court, *see* Notice of Removal (Doc. 1) at 3 ¶ 5, and waived their right to reply, *see* 42 U.S.C. § 1997e(g); D. Mont. L.R. 12.1 (Dec. 1, 2019).

On March 10, 2021, Adams moved the Court to issue a temporary restraining order and a preliminary injunction. *See* Mot. (Doc. 7) at 5.

Adams' motion does not explain why a temporary restraining order should be issued without giving notice to the defendants and permitting them to respond.

1

*See* Fed. R. Civ. P. 65(b)(1). In addition, Adams has been released from custody. He lacks standing to obtain injunctive relief. *See Alvarez v. Hill*, 667 F.3d 1061, 1064 (9th Cir. 2012); *Dilley v. Gunn*, 64 F.3d 1365, 1368 (9th Cir. 1995).

Based on the foregoing, the Court enters the following:

## RECOMMENDATION

Adams' motion for a preliminary injunction or temporary restraining order (Doc. 7) should be DENIED.

## NOTICE OF RIGHT TO OBJECT
## TO FINDINGS & RECOMMENDATION
## AND CONSEQUENCES OF FAILURE TO OBJECT

Adams may object to this Findings and Recommendation within 14 days. *See* 28 U.S.C. § 636(b)(1).[1] Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

<u>Adams must immediately advise the Court of any change in his mailing address.</u> Failure to do so may result in dismissal of this action without notice to him.

DATED this 18th day of May, 2021.

                               /s/ John Johnston
                               John Johnston
                               United States Magistrate Judge

---

[1] This deadline allows a party to act within 14 days after the Findings and Recommendation is "served." Federal Rule of Civil Procedure 6(d) allows three additional days after the period would otherwise expire.